IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

DEBORAH GUETZKOW                                                   PLAINTIFF

v.                              CIVIL NO. 07-5201

MICHAEL J. ASTRUE, Commissioner
SOCIAL SECURITY ADMINISTRATION                                     DEFENDANT

## O R D E R

Plaintiff has submitted a complaint for filing in this district, together with a request for leave to proceed *in forma pauperis*. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper. The United States District Clerk is hereby directed to **provisionally file** the complaint *nunc pro tunc* as of October 30, 2007.

Plaintiff's *in forma pauperis* application will be returned to plaintiff's counsel by the United States District Clerk without filing due to her failure to date the *in forma pauperis* application. Accordingly, plaintiff is given up to and including November 16, 2007, in which to furnish the court with a completed application or pay the filing fee. Should plaintiff fail to comply within the required period of time, her complaint will become subject to summary dismissal for failure to obey a court order.

Service shall not issue in this matter until a completed *in forma pauperis* application has been returned to the court.

IT IS SO ORDERED on this the 2nd day of November 2007.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
NOV 0 6 2007
CHRIS R. JOHNSON, CLERK
BY
        DEPUTY CLERK

HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)